CO-386-online
10/03

# United States District Court
# For the District of Columbia

Community General Hospital )
207 Old Lexington Road )
Thomasville, NC 27360 )
                       )
          vs   Plaintiff )     Civil Action No._____
                       )
Michael O. Leavitt, Secretary )
Department of Health and Human Services )
200 Independence Avenue, N.W. )
Washington, D.C. 20201 )
          Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Community General Hospital__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Community General Hospital__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Robert L. Roth_
Signature

441803
BAR IDENTIFICATION NO.

Robert L. Roth, Esq.
Print Name

Crowell & Moring LLP, 1001 Pennsylvania Avenue, N.W.
Address

Washington     DC          20004-2595
City           State       Zip Code

(202) 624-2870
Phone Number