UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITY GENERAL HOSPITAL,<br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of<br>Health and Human Services,<br><br>　　　　Defendant. | )<br>)<br>)<br>)　Civ. Action No. 06-0440 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

**PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the defendant in the above-captioned case.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　PETER S. SMITH, D.C. Bar #465131
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　	　　　　　　　　555 4th Street, N.W.
　　　　　　　	　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　	　　　　　　　(202) 307-0372