# UNITED STATES DISTRICT COURT FOR

# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>MEDICARE REIMBURSEMENT<br>LITIGATION | : |
| | : |
| | : |
| This document relates to: | : |
| | : |
| BAYSTATE HEALTH SYSTEM, ET AL.<br>v. THOMPSON, No. 02-0601 | : |
| | : |
| COVENANT MEDICAL CENTER v.<br>THOMPSON, No. 02-0683 | : |
| | : |
| SAINT LUKE'S HOSPITAL OF<br>KANSAS CITY v THOMPSON, No. 02-<br>1373 | : |
| | : |
| ST. FRANCIS MEDICAL CENTER v.<br>THOMPSON, No. 02-1635 | : |
| | : |
| BRIGHAM & WOMEN'S HOSPITAL,<br>ET AL. v. THOMPSON, No. 02-1731 | : |
| | : |
| VIA CHRISTI REGIONAL MEDICAL<br>CENTER, INC. v. THOMPSON, No. 02-<br>1890 | : |
| | : |
| ST. VINCENT HEALTH CENTER v.<br>THOMPSON, No. 02-1891 | : |
| | : |
| JOHNSON CITY MEDICAL CENTER v.<br>THOMPSON, No. 02-1892 | : |
| | : |
| ST. JOHN'S HEALTH SYSTEM NE<br>COMMUNITY HOSPITAL v.<br>THOMPSON, No. 02-1893 | : |
| | : |
| PRESBYTERIAN HOSPITAL v.<br>THOMPSON, No. 02-1899 | : |
| | : |
| FORSYTH MEMORIAL HOSPITAL, ET<br>AL. v. THOMPSON, No. 02-1900 | : |
| | : |

MISC. NO:  03-0090 (PLF)

NAPLES COMMUNITY HOSPITAL v.   :
THOMPSON, No. 02-1901
                               :
VIRGINIA MASON MEDICAL CENTER  :
v. THOMPSON, No. 02-1902       :
                               :
NEBRASKA HEALTH SYSTEM, INC. v. :
THOMPSON, No. 02-1903          :
                               :
THE WATERBURY HOSPITAL v.      :
THOMPSON, No. 02-1905          :
                               :
AVERA MCKENNAN HOSPITAL v.     :
THOMPSON, No. 02-1907          :
                               :
RAPID CITY REGIONAL HOSPITAL v. :
THOMPSON, No. 02-1908          :
                               :
UNIVERSITY OF WASHINGTON       :
D/B/A HARBORVIEW MEDICAL       :
CENTER v. THOMPSON, No. 02-1910 :
                               :
DUKE UNIVERSITY HEALTH         :
SYSTEM, INC. v. THOMPSON, No. 02- :
1911                           :
                               :
WILLIAM BACKUS HOSPITAL v.     :
THOMPSON, No. 02-1912          :
                               :
STAMFORD HOSPITAL v.           :
THOMPSON, No. 02-1913          :
                               :
DANBURY HOSPITAL v. THOMPSON,  :
No. 02-1914                    :
                               :
NEW BRITAIN GENERAL HOSPITAL   :
v. THOMPSON, No. 02-1915       :
                               :
EDWARD W. SPARROW HOSPITAL v.  :
THOMPSON, No. 02-1916          :
                               :
W.A. FOOTE MEMORIAL HOSPITAL v. :
THOMPSON, No. 02-1918          :
                               :
                               :

2

BAPTIST MEMORIAL HOSPITAL v.          :
THOMPSON, No. 02-1919
                                      :

VALLEY PRESBYTERIAN HOSPITAL          :
v. THOMPSON, No. 02-1920              :

                                      :

DENVER GENERAL HOSPITAL  v.           :
THOMPSON, No. 02-1921                 :

                                      :

MONONGAHELA VALLEY HOSPITAL           :
v. THOMPSON, No. 02-1924              :

                                      :

UNIVERSITY OF KANSAS HOSPITAL         :
AUTHORITY v. THOMPSON, No. 02-        :
1926                                  :

                                      :

GLENWOOD REGIONAL MEDICAL             :
CENTER v. THOMPSON, No. 02-1927       :

                                      :

MERITER HOSPITAL, INC., ET AL. v.     :
THOMPSON, No. 02-2350                 :

                                      :

PRESBYTERIAN HOSPITAL OF              :
DALLAS, ET AL. v. THOMPSON, No.       :
02-2409                               :

                                      :

VIA CHRISTI REGIONAL MEDICAL          :
CENTER, INC. v. THOMPSON, No. 03-     :
0221                                  :

                                      :

SAINT LUKE'S HOSPITAL OF              :
KANSAS CITY v. THOMPSON, No. 03-      :
0245                                  :

                                      :

SISTERS OF ST. FRANCIS HEALTH         :
SERVICES, INC. v. THOMPSON, No.       :
03-0267                               :

                                      :

WINTER HAVEN HOSPITAL v.              :
THOMPSON, No. 03-0280                 :

                                      :

SALEM MEMORIAL CORPORATION v.         :
THOMPSON, No. 03-0297                 :

                                      :

                                      :

                                      :

3

BAPTIST MEMORIAL HOSPITAL-  :
UNION CITY v. THOMPSON, No. 03-  :
0298                        :
                            :
BAPTIST ST. ANTHONY HEALTH  :
SYSTEM v. THOMPSON, No. 03-0299  :
                            :
FRANKLIN BENEVOLENT         :
CORPORATION v. THOMPSON, No. 03- :
0301                        :
                            :
MEDICAL CENTER EAST, INC. v.  :
THOMPSON, No. 03-0312       :
                            :
SWEDISH COVENANT HOSPITAL v.  :
THOMPSON, No. 03-0315       :
                            :
ST. JOSEPH REGIONAL HEALTH  :
CENTER v. THOMPSON, No. 03-0316  :
                            :
ROBERT WOOD JOHNSON         :
UNIVERSITY HOSPITAL v.      :
THOMPSON, No. 03-0317       :
                            :
ST. CLAIRE MEDICAL CENTER v.  :
THOMPSON, No. 03-0318       :
                            :
COLUMBUS REGIONAL HOSPITAL v.  :
THOMPSON, No. 03-0319       :
                            :
SOMERSET HOSPITAL v. THOMPSON,  :
No. 03-0320                 :
                            :
SANTA BARBARA COTTAGE       :
HOSPITAL v. THOMPSON, No. 03-0322  :
                            :
HARRISBURG HOSPITAL, ET AL. v.  :
THOMPSON, No. 03-0323       :
                            :
CLARA MAASS MEDICAL CENTER v.  :
THOMPSON, No. 03-0332       :
                            :
CABRINI MEDICAL CENTER v.   :
THOMPSON, No. 03-0333       :
                            :
UNITED HEALTH SERVICES      :
HOSPITALS, INC. v. THOMPSON, No.  :
03-0334                     :

4

LITTLE FALLS HOSPITAL v.
THOMPSON, No. 03-0335

:
:
:

MERCY MEDICAL CENTER OF
SPRINGFIELD v. THOMPSON, No. 03-
0336

:
:
:
:

MEDICAL COLLEGE OF OHIO
HOSPITAL v. THOMPSON, No. 03-0337

:
:
:

JACKSON HOSPITAL & CLINIC, INC.
v. THOMPSON, No. 03-0339

:
:
:

SPARTANBURG REGIONAL
MEDICAL CENTER v. THOMPSON, No.
03-0340

:
:
:
:

YALE-NEW HAVEN HOSPITAL v.
THOMPSON, No. 03-0341

:
:
:

MARIETTA MEMORIAL HOSPITAL v.
THOMPSON, No. 03-0342

:
:
:

BRIDGEPORT HOSPITAL v.
THOMPSON, No. 03-0343

:
:
:

UNIVERSITY OF COLORADO
HOSPITAL v. THOMPSON, No. 03-0345

:
:
:

HOSPITAL FOR JOINT DISEASES
ORTHOPEDIC INSTITUTE v.
THOMPSON, No. 03-0346

:
:
:
:

LENNOX HILL HOSPITAL v.
THOMPSON, No. 03-0347

:
:
:

ALLIANCE COMMUNITY HOSPITAL
v. THOMPSON, No. 03-0348

:
:
:

ROBINSON MEMORIAL HOSPITAL v.
THOMPSON, No. 03-0349

:
:
:

ST. RITA'S MEDICAL CENTER v.
THOMPSON, No. 03-0350

:
:
:

H. LEE MOFFITT CANCER CENTER v.
THOMPSON, No. 03-0351

:
:
:

JEFFERSON MEMORIAL HOSPITAL v.
THOMPSON, No. 03-0352

:
:
:

5

COVENANT HEALTH                    :
SYSTEM/METHODIST HOSPITAL v.       :
THOMPSON, No. 03-0354              :
                                   :
METHODIST HOSPITAL OF              :
SOUTHERN CALIFORNIA, INC. v.       :
THOMPSON, No. 03-0355             :
                                   :
ST. VINCENT HOSPITAL v.            :
THOMPSON, No. 03-0356             :
                                   :
ST. DOMINIC-JACKSON MEMORIAL       :
HOSPITAL, INC. v. THOMPSON, No.    :
03-0358                            :
                                   :
DELTA REGIONAL MEDICAL             :
CENTER, ET AL. v. THOMPSON, No.    :
03-0359                            :
                                   :
PROVENA UNITED SAMARITANS          :
HOSPITAL, ET AL. v. THOMPSON, No.  :
03-0363                            :
                                   :
ST. JOHN HOSPITAL & MEDICAL        :
CENTER v. THOMPSON, No. 03-0364    :
                                   :
METHODIST HOSPITALS, INC., ET AL.  :
v. THOMPSON, No. 03-0391          :
                                   :
ST. VINCENT'S HOSPITAL &           :
MEDICAL CENTER OF NEW YORK v.      :
THOMPSON, No. 03-0392             :
                                   :
ST. VINCENT MEDICAL CENTER v.      :
THOMPSON, No. 03-0393             :
                                   :
ST. LUKE'S EPISCOPAL HOSPITAL v.   :
THOMPSON, No. 03-0394             :
                                   :
MEASE DUNEDIN HOSPITAL v.          :
THOMPSON, No. 03-0395             :
                                   :
MEDICAL CENTER AT BOWLING          :
GREEN v. THOMPSON, No. 03-0396     :
                                   :
BETHESDA MEMORIAL HOSPITAL v.      :
THOMPSON, No. 03-0397             :
                                   :

SOUTH FLORIDA BAPTIST HOSPITAL
v. THOMPSON, No. 03-0398                                    :

METHODIST HOSPITALS, INC., ET AL.                          :
v. THOMPSON, No. 03-0399                                    :
                                                           :
CAPE FEAR VALLEY MEDICAL                                    :
CENTER v. THOMPSON, No. 03-0400                             :
                                                           :
ST. MARY'S MEDICAL CENTER v.                               :
THOMPSON, No. 03-0401                                       :
                                                           :
HALIFAX MEDICAL CENTER v.                                   :
THOMPSON, No. 03-0403                                       :
                                                           :
SWEDISH AMERICAN HOSPITAL v.                               :
THOMPSON, No. 03-0404                                       :
                                                           :
BRONX-LEBANON HOSPITAL                                      :
CENTER v. THOMPSON, No. 03-0405                             :
                                                           :
BAPTIST HOSPITAL, ET AL. v.                                :
THOMPSON, No. 03-0406                                       :
                                                           :
ANTELOPE VALLEY HOSPITAL, ET                               :
AL. v. THOMPSON, No. 03-0407                                :
                                                           :
SAINT JOSEPH HOSPITAL AUGUSTA                              :
GEORGIA, INC. v. THOMPSON, No. 03-                          :
0409                                                       :
                                                           :
HIGHLAND HOSPITAL OF                                        :
ROCHESTER v. THOMPSON, No. 03-                              :
0410                                                       :
                                                           :
ANAHEIM MEMORIAL MEDICAL                                    :
CENTER v. THOMPSON, No. 03-0411                             :
                                                           :
FRESNO COMMUNITY HOSPITAL &                                :
MEDICAL CENTER v. THOMPSON, No.                            :
03-0412                                                    :
                                                           :
CHRISTUS HEALTH ARK-LA-TEX v.                              :
THOMPSON, No. 03-0418                                       :
                                                           :
AURORA HEALTHCARE, INC., ET AL.                            :
v. THOMPSON, No. 03-0419                                    :

ATHENS REGIONAL MEDICAL                 :
CENTER, INC. v. THOMPSON, No. 03-       :
0420                                    :
                                        :
JOHN DEMPSEY HOSPITAL v.                :
THOMPSON, No. 03-0422                   :
                                        :
ST. MARY'S REGIONAL MEDICAL             :
CENTER v. THOMPSON, No. 03-0423         :
                                        :
OHIO STATE UNIVERSITY v.                :
THOMPSON, No. 03-0424                   :
                                        :
BAPTIST MEDICAL CENTER                  :
PRINCETON v. THOMPSON, No. 03-          :
0425                                    :
                                        :
MOUNT SINAI MEDICAL CENTER v.           :
THOMPSON, No. 03-0426                   :
                                        :
SISTERS OF CHARITY HOSPITAL v.          :
THOMPSON, No. 03-0428                   :
                                        :
CLARK MEMORIAL HOSPITAL v.              :
THOMPSON, No. 03-0429                   :
                                        :
SHANDS JACKSONVILLE MEDICAL             :
CENTER, ET AL. v. THOMPSON, No.         :
03-0430                                 :
                                        :
SAINT VINCENT'S CATHOLIC                :
MEDICAL CENTER OF BROOKLYN &            :
QUEENS, INC. v. THOMPSON, No. 03-       :
0436                                    :
                                        :
UAB MEDICAL WEST v. THOMPSON,           :
No. 03-0437                             :
                                        :
AHS HOSPITAL CORP./GENERAL              :
HOSPITAL AT PASSAIC, ET AL. v.          :
THOMPSON, No. 03-0446                   :
                                        :
KINGSBROOK JEWISH MEDICAL               :
CENTER, ET AL. v. THOMPSON, No.         :
03-0447                                 :
                                        :
BARNERT HOSPITAL, ET AL. v.             :
THOMPSON, No. 03-0448                   :
                                        :

ASHTABULA COUNTY MEDICAL
CENTER v. THOMPSON, No. 03-0449

:
:
:

SAN JOAQUIN COMMUNITY
HOSPITAL v. THOMPSON, No. 03-0450

:
:

SPECTRUM HEALTH DOWNTOWN
CAMPUS v. THOMPSON, No. 03-0451

:
:

NORTHEAST ALABAMA REGIONAL
MEDICAL CENTER v. THOMPSON, No.
03-0452

:
:
:

LAWRENCE & MEMORIAL HOSPITAL
v. THOMPSON, No. 03-0453

:
:

MOBIL INFIRMARY MEDICAL
CENTER v. THOMPSON, No. 03-0454

:
:

FRANCISCAN SKEMP MEDICAL
CENTER v. THOMPSON, No. 03-0455

:
:

ST. JOSEPH HOSPITAL & HEALTH
CENTER v. THOMPSON, No. 03-0456

:
:

OSTEOPATHIC MEDICAL CENTER OF
TEXAS v. THOMPSON, No. 03-0457

:
:

NEW YORK HOSPITAL v. THOMPSON,
No. 03-0458

:
:

MIDDLE TENNESSEE MEDICAL
CENTER v. THOMPSON, No. 03-0459

:
:

UNIVERSITY COMMUNITY
HOSPITAL v. THOMPSON, No. 03-0468

:
:

LICKING MEMORIAL HOSPITAL v.
THOMPSON, No. 03-0469

:
:

MERCY HOSPITAL OF BUFFALO v.
THOMPSON, No. 03-0470

:
:

WESTERN RESERVE CARE SYSTEM
v. THOMPSON, No. 03-0471

:
:

COVENANT MEDICAL CENTER-
COOPER, ET AL. v. THOMPSON, No.
03-0472

:
:
:
:
:
:

LEESBURG REGIONAL MEDICAL       :
CENTER v. THOMPSON, No. 03-0473  :
                                 :
DAVIS MEMORIAL HOSPITAL, INC. v. :
THOMPSON, 03-0474                :
                                 :
UNIVERSITY OF SOUTH ALABAMA      :
MEDICAL CENTER v. THOMPSON, No. :
03-0475                          :
                                 :
ST. MARY'S HOSPITAL v.           :
THOMPSON, No. 03-0476            :
                                 :
NYU DOWNTOWN HOSPITAL v.         :
THOMPSON, No. 03-0478            :
                                 :
PRESBYTERIAN HOSPITAL v.         :
THOMPSON, No. 03-0479            :
                                 :
KING'S DAUGHTERS MEDICAL         :
CENTER v. THOMPSON, No. 03-0480  :
                                 :
GOOD SAMARITAN HOSPITAL v.       :
THOMPSON, No. 03-0481            :
                                 :
UMDNJ v. THOMPSON, No. 03-0482   :
                                 :
ST. JOSEPH'S HOSPITAL v.         :
THOMPSON, No. 03-0483            :
                                 :
LAKELAND REGIONAL MEDICAL        :
CENTER v. THOMPSON, No. 03-0484  :
                                 :
ST. ANTHONY'S HOSPITAL v.        :
THOMPSON, No. 03-0485            :
                                 :
MARY RUTAN HOSPITAL v.           :
THOMPSON, No. 03-0486            :
                                 :
GREENVILLE HOSPITAL CENTER v.    :
THOMPSON, No. 03-0487            :
                                 :
PRESBYTERIAN HOSPITAL v.         :
THOMPSON, No. 03-0488            :
                                 :
UNIVERSITY HOSPITAL SUNY AT      :
STONY BROOK v. THOMPSON, No. 03- :
0489                             :
                                 :

10

SENTARA NORFOLK GENERAL          :
HOSPITAL v. THOMPSON, No. 03-0490 :
                                 :
SENTARA HAMPTON GENERAL          :
HOSPITAL v. THOMPSON, No. 03-0491 :
                                 :
DEKALB MEDICAL CENTER, INC., ET  :
AL. v. THOMPSON, No. 03-0492     :
                                 :
MILLARD FILLMORE HOSPITAL v.     :
THOMPSON, No. 03-0493            :
                                 :
BAY HARBOR HOSPITAL, ET AL. v.   :
THOMPSON, No. 03-0494            :
                                 :
GLENDALE ADVENTIST MEDICAL       :
CENTER v. THOMPSON, No. 03-0497  :
                                 :
INOVA ALEXANDRIA HOSPITAL, ET    :
AL. v. THOMPSON, No. 03-0498     :
                                 :
NORTH BROWARD HOSPITAL           :
DISTRICT v. THOMPSON, No. 03-0499 :
                                 :
ALEGENT HEALTH, ET AL. v.        :
THOMPSON, No. 03-0500            :
                                 :
ST. VINCENT'S CATHOLIC MEDICAL   :
CENTERS OF NEW YORK v.           :
THOMPSON, No. 03-0501            :
                                 :
SOUTHSIDE HOSPITAL v.            :
THOMPSON, No. 03-0502            :
                                 :
HAZARD ARH REGIONAL MEDICAL      :
CENTER v. THOMPSON, No. 03-0503  :
                                 :
WOMEN'S CHRISTIAN ASSOCIATION    :
HOSPITAL v. THOMPSON, No. 03-0504 :
                                 :
PALMETTO BAPTIST MEDICAL         :
CENTER v. THOMPSON, No. 03-0505  :
                                 :
SHELBY BAPTIST MEDICAL CENTER    :
v. THOMPSON, No. 03-0506         :
                                 :
ST. CATHERINE HOSPITAL, INC. v.  :
THOMPSON, No. 03-0507            :

MIAMI VALLEY HOSPITAL v.
THOMPSON, No. 03-0508

SUN COAST HOSPITAL v.
THOMPSON, No. 03-0509

ST. MARY'S MEDICAL CENTER v.
THOMPSON, No. 03-0510

BRUNSWICK HOSPITAL CENTER,
INC. v. THOMPSON, No. 03-0511

ALBANY MEDICAL CENTER
HOSPITAL v. THOMPSON, No. 03-0512

TRINITY HEALTH MICHIGAN F/K/A
MERCY HEALTH SERVICES F/K/A
SISTERS OF MERCY HEALTH CORP.
D/B/A MERCY HOSPITAL DETROIT v.
THOMPSON, No. 03-0513

WEST CALCASIEU-CAMERON
HOSPITAL v. THOMPSON, No. 03-0514

BON SECOURS HEALTH SYSTEM
INC., ET AL. v. THOMPSON, No. 03-
0516

HARTFORD HEALTHCARE D/B/A
HARTFORD HOSPITAL AND MID-
STATE MEDICAL CENTER v.
THOMPSON, No. 03-0517

LAKELAND MEDICAL CENTER-
MERCY ST. JOSEPH AND LMC-NILES
v. THOMPSON, No. 03-0518

ADVENTIST HEALTH SYSTEM, INC.
ET AL. v. THOMPSON, No. 03-0519

ST. CLARE'S HOSPITAL OF
SCHENECTADY, NEW YORK v.
THOMPSON, No. 03-0521

ST. VINCENT HOSPITAL & HEALTH
SERVICES v. THOMPSON, No. 03-0522

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

12

NEW YORK HOSPITAL MEDICAL
CENTER OF QUEENS v. THOMPSON,
No. 03-0523

GOOD SAMARITAN HOSPITAL v.
THOMPSON, No. 03-0525

NEW YORK METHODIST HOSPITAL
v. THOMPSON, No. 03-0526

SENTARA VIRGINIA BEACH
GENERAL HOSPITAL v. THOMPSON,
No. 03-0528

INGALLS MEMORIAL HOSPITAL v.
THOMPSON, No. 03-0529

MOSES CONE HOSPITAL v.
THOMPSON, No. 03-0530

ST. FRANCIS HOSPITAL, ET AL. v.
THOMPSON, No. 03-0531

BOARD OF TRUSTEES OF THE
UNIVERSITY OF ALABAMA D/B/A
UNIVERSITY OF ALABAMA
HOSPITAL, No. 03-0532

PROVIDENCE YAKIMA HOSPITAL,
ET AL. v. THOMPSON, No. 03-0533

PROVIDENCE ST. PETER HOSPITAL,
ET AL. v. THOMPSON, No. 03-0534

HARRISON MEMORIAL HOSPITAL v.
THOMPSON, No. 03-0535

KADLEC MEDICAL CENTER v.
THOMPSON, No. 03-0536

NEW YORK WESTCHESTER SQUARE
MEDICAL CENTER v. THOMPSON, No.
03-0537

EMORY UNIVERSITY HOSPITAL v.
THOMPSON, No. 03-0538

13

WISHARD HEALTH SERVICES v.          :
THOMPSON, No. 03-0539
                                    :

SOUND SHORE MEDICAL CENTER OF:
WESTCHESTER, ET AL. v.              :
THOMPSON, No. 03-0540
                                    :

ST. VINCENT'S MEDICAL CENTER v.     :
THOMPSON, No. 03-0541
                                    :

LONG BEACH MEDICAL CENTER v.        :
THOMPSON, No. 03-0542
                                    :

CABELL-HUNTINGTON HOSPITAL,         :
INC. v. THOMPSON, No. 03-0543
                                    :

SUBURBAN GENERAL HOSPITAL v.        :
THOMPSON, No. 03-0544
                                    :

PROVIDENCE HOSPITAL v.              :
THOMPSON, No. 03-0545
                                    :

ST. ALEXIUS MEDICAL CENTER v.       :
THOMPSON, No. 03-0546
                                    :

GASTON MEMORIAL HOSPITAL, ET        :
AL. v. THOMPSON, No. 03-0547
                                    :

CARILION MEDICAL CENTER v.          :
THOMPSON, No. 03-0548
                                    :

U.S. HEALTH OF SOUTHERN             :
OHIO/SOUTHERN OHIO MEDICAL
CENTER v. THOMPSON, No. 03-0549     :
                                    :

LINCOLN REGIONAL HOSPITAL v.        :
THOMPSON, No. 03-0550
                                    :

KAWEAH DELTA HEALTH CARE            :
DISTRICT v. THOMPSON, No. 03-0551   :
                                    :

COUNTY OF ERIE v. THOMPSON, No.     :
03-0552
                                    :

ST. MARY'S MEDICAL CENTER v.        :
THOMPSON, No. 03-0553               :

CATHOLIC HEALTH PARTNER          :
SERVICES v. THOMPSON, No. 03-0554 :
                                 :
OSF HEALTHCARE SYSTEM, INC.,     :
D/B/A ST. MARY'S MEDICAL CENTER  :
AND D/B/A ST. FRANCIS MEDICAL    :
CENTER v. THOMPSON, No. 03-0555  :
                                 :
NORTHERN HOSPITAL OF SURRY       :
COUNTY, ET AL v. THOMPSON, No.   :
03-0558                          :
                                 :
CASA GRANDE REGIONAL MEDICAL     :
CENTER, ET AL. v. THOMPSON, No.  :
03-0559                          :
                                 :
ST. FRANCIS MEDICAL CENTER v.    :
THOMPSON, No. 03-0561            :
                                 :
HIGHLANDS REGIONAL MEDICAL       :
CENTER v. THOMPSON, No. 03-0562  :
                                 :
GATEWAY MEDICAL CENTER v.        :
THOMPSON, No. 03-0563            :
                                 :
MEMORIAL HOSPITAL OF SOUTH       :
BEND v. THOMPSON, No. 03-0565    :
                                 :
UNION HOSPITAL, INC. v.          :
THOMPSON, No. 03-0566            :
                                 :
ST. THOMAS HOSPITAL v.           :
THOMPSON, No. 03-0567            :
                                 :
BAYFRONT MEDICAL CENTER, INC.    :
v. THOMPSON, No. 03-0568         :
                                 :
EAST ALABAMA MEDICAL CENTER      :
v. THOMPSON, No. 03-0569         :
                                 :
BAPTIST HOSPITAL v. THOMPSON,    :
No. 03-0570                      :
                                 :
SPECTRUM HEATH-EAST CAMPUS v.    :
THOMPSON, No. 03-0571            :
                                 :
ELKHART GENERAL HOSPITAL v.      :
THOMPSON, No. 03-0572            :
                                 :

BLOOMINGTON HOSPITAL &    :
HEALTH CARE SYSTEM v.    :
THOMPSON, No. 03-0573    :
                          :
BAY REGIONAL MEDICAL CENTER v. :
THOMPSON, No. 03-0574    :
                          :
GLENS FALLS HOSPITAL v.   :
THOMPSON, No. 03-0575    :
                          :
KNAPP MEDICAL CENTER v.   :
THOMPSON, No. 03-0576    :
                          :
UNIVERSITY OF UTAH HOSPITAL v. :
THOMPSON, No. 03-0577    :
                          :
OWENSBORO MERCY HEALTH    :
SYSTEM v. THOMPSON, No. 03-0578 :
                          :
BALL MEMORIAL HOSPITAL v. :
THOMPSON, No. 03-0579    :
                          :
VANDERBILT UNIVERSITY MEDICAL :
CENTER v. THOMPSON, No. 03-0580 :
                          :
INTERFAITH MEDICAL CENTER v. :
THOMPSON, No. 03-0581    :
                          :
CENTRAL BAPTIST HOSPITAL v. :
THOMPSON, No. 03-0582    :
                          :
WUESTHOFF MEMORIAL HOSPITAL :
v. THOMPSON, No. 03-0583 :
                          :
DEACONESS HOSPITAL, INC. v. :
THOMPSON, No. 03-0584    :
                          :
MAIMONIDES MEDICAL CENTER v. :
THOMPSON, No. 03-0585    :
                          :
SACRED HEART HOSPITAL v.  :
THOMPSON, No. 03-0586    :
                          :
PALMETTO HEALTH RICHLAND  :
MEMORIAL HOSPITAL v.     :
THOMPSON, No. 03-0587    :
                          :
UNIVERSITY OF ILLINOIS MEDICAL :
CENTER AT CHICAGO v. THOMPSON, :
No. 03-0588              :
                          :

16

ANDERSON AREA MEDICAL CENTER : 
v. THOMPSON, No. 03-0589
: 
: 
UNIVERSITY COMMUNITY : 
HOSPITAL-CARROLLWOOD v. : 
THOMPSON, No. 03-0590
: 
: 
ST. ELIZABETH HOSPITAL v. : 
THOMPSON, No. 03-0591
: 
: 
ST. TAMMANY PARISH HOSPITAL : 
SERVICE DISTRICT NO. 2, D/B/A : 
SLIDELL MEMORIAL HOSPITAL, ET : 
AL. v. THOMPSON, No. 03-0592
: 
: 
ST. JOSEPH HEALTH SYSTEM AND : 
AFFILIATES v. THOMPSON, No. 03- : 
0593
: 
: 
BOONE HOSPITAL CENTER v. : 
THOMPSON, No. 03-1624
: 
: 
MERCY MEDICAL CENTER - SIOUX : 
CITY v. THOMPSON, No. 03-1625
: 
: 
BARNES-JEWISH HOSPITAL, ET AL. : 
v. THOMPSON, No. 03-1899
: 
: 
CLEVELAND CLINIC FOUNDATION, : 
ET AL. v. THOMPSON, No. 03-2013
: 
: 
SUTTER HEALTH SACRAMENTO : 
SIERRA, ET AL. v. THOMPSON, No. 03-: 
2204
: 
: 
COMMUNITY HOSPITAL, ET AL. v. : 
THOMPSON, No. 04-0504
: 
: 
LAKE HOSPITAL v. THOMPSON, No. : 
04-0871
: 
: 
UNIVERSITY HEALTH SERVICES, : 
INC. v. THOMPSON, No. 04-1400
: 
: 
DAMERON HOSPITAL ASSOCIATION : 
v. LEAVITT, No. 05-0646
: 
: 

17

COMMUNITY GENERAL HOSPITAL v. : 
LEAVITT, No. 06-0440                       :
                                          :
MEMORIAL HEALTH SYSTEM v.                  :
LEAVITT, No. 06-0796                       :
                                          :
MIDDLESEX HOSPITAL v. LEAVITT,             :
No. 06-0797                               :
                                          :
PUBLIC HOSPITAL DISTRICT. No. 2.           :
SNOHOMISH COUNTY                           :
WASHINGTON, D/B/A STEVENS                  :
HEALTHCARE v. LEAVITT, No. 06-             :
0798                                      :
                                          :
WEST CONTRA COSTA                          :
HEALTHCARE DISTRICT D/B/A                  :
DOCTORS MEDICAL CENTER - SAN               :
PABLO/PINOLE v. LEAVITT, No. 06-           :
0799                                      :
                                          :
BAPTIST ST. ANTHONY'S HEALTH               :
SYSTEM v. LEAVITT, No. 06-0800             :
                                          :
FLETCHER ALLEN HEALTH CARE,                :
INC. v. LEAVITT, No. 06-0801               :
                                          :
ANNISTON H.M.A., INC. D/B/A                :
STRINGFELLOW MEMORIAL                      :
HOSPITAL, ET AL. v. LEAVITT, No. 06-:
0804                                      :
                                          :
ST. VINCENT'S MEDICAL CENTER v.            :
LEAVITT, No. 06-0807                       :
                                          :
ST. AGNES MEDICAL CENTER, ET               :
AL. v. LEAVITT, No. 06-0820                :
                                          :
                                          :

## STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

Plaintiffs in these consolidated cases hereby file this Stipulation of Dismissal.  Plaintiffs

also state:

18

1.     The parties have resolved the following actions, and all claims pending therein, pursuant to a settlement agreement resolving these and other cases that became effective on March 11, 2008 (the "Settlement Agreement"):

| | |
|---|---|
| 1:02cv0601 | Baystate Health System, et al. v. Thompson |
| 1:02cv.0683 | Covenant Medical Center v. Thompson |
| 1:02cv1373 | Saint Luke's Hospital of Kansas City v. Thompson |
| 1:02cv1635 | St. Francis Medical Center v. Thompson |
| 1:02cv1731 | Brigham & Women's Hospital, et al. v. Thompson |
| 1:02cv1890 | Via Christi Regional Medical Center, Inc. v. Thompson |
| 1:02cv1891 | Saint Vincent Health Center v. Thompson |
| 1:02cv1892 | Johnson City Medical Center v. Thompson |
| 1:02cv1893 | St. John's Health System NE Community Hospital v. Thompson |
| 1:02cv1899 | Presbyterian Hospital v. Thompson |
| 1:02cv1900 | Forsyth Memorial Hospital, et al. v. Thompson |
| 1:02cv1901 | Naples Community Hospital v. Thompson |
| 1:02cv1902 | Virginia Mason Medical Center v. Thompson |
| 1:02cv1903 | Nebraska Health System, Inc. v. Thompson |
| 1:02cv1905 | The Waterbury Hospital v. Thompson |
| 1:02cv1907 | Avera McKennan Hospital v. Thompson |
| 1:02cv1908 | Rapid City Regional Hospital v. Thompson |
| 1:02cv1910 | University of Washington d/b/a Harborview Medical Center v. Thompson |
| 1:02cv1911 | Duke University Health System, Inc. v. Thompson |
| 1:02cv1912 | William Backus Hospital v. Thompson |

1:02cv1913    Stamford Hospital v. Thompson

1:02cv1914    Danbury Hospital v. Thompson

1:02cv1915    New Britain General Hospital v. Thompson

1:02cv1916    Edward W. Sparrow Hospital v. Thompson

1:02cv1918    W.A. Foote Memorial Hospital v. Thompson

1:02cv1920    Valley Presbyterian Hospital v. Thompson

1:02cv1921    Denver General Hospital v. Thompson

1:02cv1924    Monongahela Valley Hospital v. Thompson

1:02cv1926    University of Kansas Hospital Authority v. Thompson

1:02cv1927    Glenwood Regional Medical Center v. Thompson

1:02cv2350    Meriter Hospital, Inc., et al. v. Thompson

1:02cv2409    Presbyterian Hospital of Dallas, et al. v. Thompson

1:03cv0221    Via Christi Regional Medical Center, Inc. v. Thompson

1:03cv0245    Saint Luke's Hospital of Kansas City v. Thompson

1:03cv0267    Sisters of St. Francis  Health Services, Inc. v. Thompson

1:03cv0280    Winter Haven Hospital v. Thompson

1:03cv0297    Salem Memorial Corporation v. Thompson

1:03cv0298    Baptist Memorial Hospital-Union City v. Thompson

1:03cv0299    Baptist St. Anthony Health System v. Thompson

1:03cv0301    Franklin Benevolent Corporation v. Thompson

1:03cv0312    Medical Center East, Inc. v. Thompson

1:03cv0315    Swedish Covenant Hospital v. Thompson

1:03cv0316    St. Joseph Regional Health Center v. Thompson

| 1:03cv0317 | Robert Wood Johnson University Hospital v. Thompson |
| 1:03cv0318 | St. Claire Medical Center v. Thompson |
| 1:03cv0319 | Columbus Regional Hospital v. Thompson |
| 1:03cv0320 | Somerset Hospital v. Thompson |
| 1:03cv0322 | Santa Barbara Cottage Hospital v. Thompson |
| 1:03cv0323 | Harrisburg Hospital, et al. v. Thompson |
| 1:03cv0332 | Clara Maass Medical Center v. Thompson |
| 1:03cv0333 | Cabrini Medical Center v. Thompson |
| 1:03cv0334 | United Health Services Hospitals, Inc. v. Thompson |
| 1:03cv0335 | Little Falls Hospital v. Thompson |
| 1:03cv0336 | Mercy Medical Center of Springfield v. Thompson |
| 1:03cv0337 | Medical College of Ohio Hospital v. Thompson |
| 1:03cv0339 | Jackson Hospital & Clinic, Inc. v. Thompson |
| 1:03cv0340 | Spartansburg Regional Medical Center v. Thompson |
| 1:03cv0341 | Yale-New Haven Hospital v. Thompson |
| 1:03cv0342 | Marietta Memorial Hospital v. Thompson |
| 1:03cv0343 | Bridgeport Hospital v. Thompson |
| 1:03cv0345 | University of Colorado Hospital v. Thompson |
| 1:03cv0346 | Hospital for Joint Diseases Orthopedic Institute v. Thompson |
| 1:03cv0347 | Lennox Hill Hospital v. Thompson |
| 1:03cv0348 | Alliance Community Hospital v. Thompson |
| 1:03cv0349 | Robinson Memorial Hospital v. Thompson |
| 1:03cv0350 | St. Rita's Medical Center v. Thompson |

| 1:03cv0351 | H. Lee Moffitt Cancer Center v. Thompson |
| 1:03cv0352 | Jefferson Memorial Hospital v. Thompson |
| 1:03cv0354 | Covenant Health System/Methodist Hospital v. Thompson |
| 1:03cv0355 | Methodist Hospital of Southern California, Inc. v. Thompson |
| 1:03cv0356 | St. Vincent Hospital v. Thompson |
| 1:03cv0358 | St. Dominic-Jackson Memorial Hospital, Inc. v. Thompson |
| 1:03cv0359 | Delta Regional Medical Center, et al. v. Thompson |
| 1:03cv0363 | Provena United Samaritans Hospital, et al. v. Thompson |
| 1:03cv0364 | St. Johns Hospital & Medical Center v. Thompson |
| 1:03cv0391 | Methodist Hospitals, Inc., et al. v. Thompson |
| 1:03cv0392 | St. Vincent's Hospital & Medical Center of New York v. Thompson |
| 1:03cv0393 | St. Vincent Medical Center v. Thompson |
| 1:03cv0394 | St. Luke's Episcopal Hospital v. Thompson |
| 1:03cv0395 | Mease Dunedin Hospital v. Thompson |
| 1:03cv0396 | Medical Center at Bowling Green v. Thompson |
| 1:03cv0397 | Bethesda Memorial Hospital v. Thompson |
| 1:03cv0398 | South Florida Baptist Hospital v. Thompson |
| 1:03cv0399 | Methodist Hospitals, Inc., et al. v. Thompson |
| 1:03cv0400 | Cape Fear Valley Medical Center v. Thompson |
| 1:03cv0401 | St. Mary's Medical Center v. Thompson |
| 1:03cv0403 | Halifax Medical Center v. Thompson |
| 1:03cv0404 | Swedish American Hospital v. Thompson |
| 1:03cv0405 | Bronx-Lebanon Hospital Center v. Thompson |

| 1:03cv0406 | Baptist Hospital, et al. v. Thompson |
| 1:03cv0407 | Antelope Valley Hospital, et al. v. Thompson |
| 1:03cv0409 | Saint Joseph Hospital Augusta Georgia, Inc. v. Thompson |
| 1:03cv0410 | Highland Hospital of Rochester v. Thompson |
| 1:03cv0411 | Anaheim Memorial Medical Center v. Thompson |
| 1:03cv0412 | Fresno Community Hospital & Medical Center v. Thompson |
| 1:03cv0418 | Christus Health Ark-La-Tex v. Thompson |
| 1:03cv0419 | Aurora Healthcare, Inc., et al. v. Thompson |
| 1:03cv0420 | Athens Regional Medical Center, Inc. v. Thompson |
| 1:03cv0422 | John Dempsey Hospital v. Thompson |
| 1:03cv0423 | St. Mary's Regional Medical Center v. Thompson |
| 1:03cv0424 | Ohio State University Hospital v. Thompson |
| 1:03cv0425 | Baptist Medical Center Princeton v. Thompson |
| 1:03cv0426 | Mount Sinai Medical Center v. Thompson |
| 1:03cv0428 | Sisters of Charity Hospital v. Thompson |
| 1:03cv0429 | Clark Memorial Hospital v. Thompson |
| 1:03cv0430 | Shands Jacksonville Medical Center, et al. v. Thompson |
| 1:03cv0436 | Saint Vincent's Catholic Medical Center of Brooklyn & Queens, Inc. v. Thompson |
| 1:03cv0437 | UAB Medical West v. Thompson |
| 1:03cv0446 | AHS Hospital Corp./General Hospital at Passaic, et al. v. Thompson |
| 1:03cv0447 | Kingsbrook Jewish Medical Center, et al. v. Thompson |
| 1:03cv0448 | Barnert Hospital, et al. v. Thompson |

| 1:03cv0449 | Ashtabula County Medical Center v. Thompson |
| 1:03cv0450 | San Joaquin Community Hospital v. Thompson |
| 1:03cv0451 | Spectrum Health Downtown Campus v. Thompson |
| 1:03cv0452 | Northeast Alabama Regional Medical Center v. Thompson |
| 1:03cv0453 | Lawrence & Memorial Hospital v. Thompson |
| 1:03cv0454 | Mobil Infirmary Medical Center v. Thompson |
| 1:03cv0455 | Franciscan Skemp Medical Center v. Thompson |
| 1:03cv0456 | St. Joseph Hospital & Health Center v. Thompson |
| 1:03cv0457 | Osteopathic Medical Center of Texas v. Thompson |
| 1:03cv0458 | New York Hospital v. Thompson |
| 1:03cv0459 | Middle Tennessee Medical Center v. Thompson |
| 1:03cv0468 | University Community Hospital v. Thompson |
| 1:03cv0469 | Licking Memorial Hospital v. Thompson |
| 1:03cv0470 | Mercy Hospital of Buffalo v. Thompson |
| 1:03cv0471 | Western Reserve Care System v. Thompson |
| 1:03cv0472 | Covenant Medical Center-Cooper, et al. v. Thompson |
| 1:03cv0473 | Leesburg Regional Medical Center v. Thompson |
| 1:03cv0474 | Davis Memorial Hospital, Inc. v. Thompson |
| 1:03cv0475 | University of South Alabama Medical Center v. Thompson |
| 1:03cv0476 | St. Mary's Hospital v. Thompson |
| 1:03cv0478 | NYU Downtown Hospital v. Thompson |
| 1:03cv0479 | Presbyterian Hospital v. Thompson |
| 1:03cv0480 | King's Daughters Medical Center v. Thompson |
| 1:03cv0481 | Good Samaritan Hospital v. Thompson |

24

| | |
|---|---|
| 1:03cv0482 | UMDNJ v. Thompson |
| 1:03cv0483 | St. Joseph's Hospital v. Thompson |
| 1:03cv0484 | Lakeland Regional Medical Center v. Thompson |
| 1:03cv0485 | St. Anthony's Hospital v. Thompson |
| 1:03cv0486 | Mary Rutan Hospital v. Thompson |
| 1:03cv0487 | Greenville Hospital Center v. Thompson |
| 1:03cv0488 | Presbyterian Hospital v. Thompson |
| 1:03cv0489 | University Hospital SUNY at Stony Brook v. Thompson |
| 1:03cv0490 | Sentara Norfolk General Hospital v. Thompson |
| 1:03cv0491 | Sentara Hampton General Hospital v. Thompson |
| 1:03cv0492 | Dekalb Medical Center, Inc., et al. v. Thompson |
| 1:03cv0493 | Millard Fillmore Hospital v. Thompson |
| 1:03cv0494 | Bay Harbor Hospital, et al. v. Thompson |
| 1:03cv0497 | Glendale Adventist Hospital v. Thompson |
| 1:03cv0498 | Inova Alexandria Hospital, et al. v. Thompson |
| 1:03cv0499 | North Broward Hospital District v. Thompson |
| 1:03cv0500 | Alegent Health, et al. v. Thompson |
| 1:03cv0501 | St. Vincent's Catholic Medical Centers of New York v. Thompson |
| 1:03cv0502 | Southside Hospital v. Thompson |
| 1:03cv0503 | Hazard ARH Regional Medical Center v. Thompson |
| 1:03cv0504 | Women's Christian Association Hospital v. Thompson |
| 1:03cv0505 | Palmetto Baptist Medical Center v. Thompson |
| 1:03cv0506 | Shelby Baptist Medical Center v. Thompson |

| 1:03cv0507 | St. Catherine Hospital, Inc. v. Thompson |
| 1:03cv0508 | Miami Valley Hospital v. Thompson |
| 1:03cv0509 | Sun Coast Hospital v. Thompson |
| 1:03cv0510 | St. Mary's Medical Center v. Thompson |
| 1:03cv0511 | Brunswick Hospital Center, Inc. v. Thompson |
| 1:03cv0512 | Albany Medical Center Hospital v. Thompson |
| 1:03cv0513 | Trinity Health Michigan f/k/a Mercy Health Services f/k/a Sisters of Mercy Health Corporation d/b/a Mercy Hospital Detroit v. Thompson |
| 1:03cv0514 | West Calcasieu-Cameron Hospital |
| 1:03cv0516 | Bon Secours Health System, Inc., et al. v. Thompson |
| 1:03cv0517 | Hartford Healthcare d/b/a Hartford Hospital and Mid-State Medical Center , et al. v. Thompson |
| 1:03cv0518 | Lakeland Medical Center-Mercy St. Joseph and LMC Niles v. Thompson |
| 1:03cv0519 | Adventist Health System, Inc., et al. v. Thompson |
| 1:03cv0521 | St. Clare's Hospital of Schenectady, New York v. Thompson |
| 1:03cv0522 | St. Vincent Hospital & Health Services v. Thompson |
| 1:03cv0523 | New York Hospital Medical Center of Queens v. Thompson |
| 1:03cv0525 | Good Samaritan Hospital v. Thompson |
| 1:03cv0526 | New York Methodist Hospital v. Thompson |
| 1:03cv0528 | Sentara Virginia Beach General Hospital v. Thompson |
| 1:03cv0529 | Ingalls Memorial Hospital v. Thompson |
| 1:03cv0530 | Moses Cone Hospital v. Thompson |
| 1:03cv0531 | St. Francis Hospital, et al. v. Thompson |

1:03cv0532    Board of Trustees of the University of Alabama d/b/a University of Alabama Hospital v. Thompson

1:03cv0533    Providence Yakima Hospital, et al. v. Thompson

1:03cv0534    Providence St. Peter Hospital et al. v. Thompson

1:03cv0535    Harrison Memorial Hospital v. Thompson

1:03cv0536    Kadlec Medical Center v. Thompson

1:03cv0537    New York Westchester Square Medical Center v. Thompson

1:03cv0538    Emory University Hospital v. Thompson

1:03cv0539    Wishard Health Services v. Thompson

1:03cv0540    Sound Shore Medical Center of Westchester, et al. v. Thompson

1:03cv0541    St. Vincent's Medical Center v. Thompson

1:03cv0542    Long Beach Medical Center v. Thompson

1:03cv0543    Cabell-Huntington Hospital, Inc. v. Thompson

1:03cv0544    Suburban General Hospital v. Thompson

1:03cv0545    Providence Hospital v. Thompson

1:03cv0546    St. Alexius Medical Center v. Thompson

1:03cv0547    Gaston Memorial Hospital, et al. v. Thompson

1:03cv0548    Carilion Medical Center, et al. v. Thompson

1:03cv0549    U.S. Health of Southern Ohio/Southern Ohio Medical Center v. Thompson

1:03cv0550    Lincoln Regional Hospital v. Thompson

1:03cv0551    Kaweah Delta Health Care District v. Thompson

1:03cv0552    County of Erie v. Thompson

1:03cv0553    St. Mary's Medical Center v. Thompson

27

1:03cv0554    Catholic Health Partner Services v. Thompson

1:03cv0555    OSF Healthcare System, Inc. d/b/a St. Mary's Medical Center and
d/b/a St. Francis Medical Center v. Thompson

1:03cv0558    Northern Hospital of Surry County, et al. v. Thompson

1:03cv0559    Casa Grande Regional Medical Center, et al. v. Thompson

1:03cv0561    St. Francis Medical Center v. Thompson

1:03cv0562    Highlands Regional Medical Center v. Thompson

1:03cv0563    Gateway Medical Center v. Thompson

1:03cv0565    Memorial Hospital of South Bend v. Thompson

1:03cv0566    Union Hospital, Inc. v. Thompson

1:03cv0567    St. Thomas Hospital v. Thompson

1:03cv0568    Bayfront Medical Center, Inc. v. Thompson

1:03cv0569    East Alabama Medical Center v. Thompson

1:03cv0570    Baptist Hospital v. Thompson

1:03cv0571    Spectrum Health-East Campus v. Thompson

1:03cv0572    Elkhart General Hospital v. Thompson

1:03cv0573    Bloomington Hospital & Health Care System v. Thompson

1:03cv0574    Bay Regional Medical Center v. Thompson

1:03cv0575    Glens Falls Hospital v. Thompson

1:03cv0576    Knapp Medical Center v. Thompson

1:03cv0577    University of Utah Hospital v. Thompson

1:03cv0578    Owensboro Mercy Health System v. Thompson

1:03cv0579    Ball Memorial Hospital, Inc. v. Thompson

1:03cv0580    Vanderbilt University Medical Center v. Thompson

| 1:03cv0581 | Interfaith Medical Center v. Thompson |
|---|---|
| 1:03cv0582 | Central Baptist Hospital v. Thompson |
| 1:03cv0583 | Wuesthoff Memorial Hospital v. Thompson |
| 1:03cv0584 | Deaconess Hospital, Inc. v. Thompson |
| 1:03cv0585 | Maimonides Medical Center v. Thompson |
| 1:03cv0586 | Sacred Heart Hospital v. Thompson |
| 1:03cv0587 | Palmetto Health Richland Memorial Hospital v. Thompson |
| 1:03cv0588 | University of Illinois Medical Center at Chicago v. Thompson |
| 1:03cv0589 | Anderson Area Medical Center v. Thompson |
| 1:03cv0590 | University Community Hospital-Carrollwood v. Thompson |
| 1:03cv0591 | St. Elizabeth Hospital v. Thompson |
| 1:03cv0592 | St. Tammany Parish Hospital Service District No. 2 d/b/a Slidell Memorial Hospital, et al. v. Thompson |
| 1:03cv0593 | St. Joseph Health System and Affiliates v. Thompson |
| 1:03cv1624 | Boone Hospital Center v. Thompson |
| 1:03cv1625 | Mercy Medical Center-Sioux City v. Thompson |
| 1:03cv1899 | Barnes-Jewish Hospital, et al. v. Thompson |
| 1:03cv2013 | Cleveland Clinic Foundation, et al. v. Thompson |
| 1:03cv2204 | Sutter Health Sacramento Sierra, et al. v. Thompson |
| 1:04cv0504 | Community Hospital, et al. v. Thompson |
| 1:04cv0871 | Lake Hospital v. Thompson |
| 1:04cv1400 | University Health Services, Inc. v. Thompson |
| 1:05cv0646 | Dameron Hospital Association v. Leavitt |
| 1:06cv0440 | Community General Hospital v. Leavitt |

|            |                                                                                     |
|------------|-------------------------------------------------------------------------------------|
| 1:06cv0796 | Memorial Health System v. Leavitt                                                   |
| 1:06cv0797 | Middlesex Hospital v. Leavitt                                                        |
| 1:06cv0798 | Public Hospital District. No. 2. Snohomish County Washington, d/b/a Stevens Healthcare v. Leavitt |
| 1:06cv0799 | West Contra Costa Healthcare District d/b/a Doctors Medical Center - San Pablo/Pinole v. Leavitt |
| 1:06cv0800 | Baptist St. Anthony's Health System v. Leavitt                                      |
| 1:06cv0801 | Fletcher Allen Health Care, Inc. v. Leavitt                                          |
| 1:06cv0804 | Anniston H.M.A., Inc. d/b/a Stringfellow Memorial Hospital, et al. v. Leavitt        |
| 1:06cv0807 | St. Vincent's Medical Center v. Leavitt                                              |

2.      For the following cases, except for EBUDs claims (as defined in Paragraph 3 of

the Settlement Agreement) relating to the provider cost reporting periods noted below, all other

claims pending (as defined in Paragraph 12 of the Settlement Agreement) in such actions are

hereby dismissed with prejudice in accordance with the Settlement Agreement:

> 1:02cv1919    Baptist Memorial Hospital v. Thompson (Baptist Memorial
>
> Hospital (PN 44-0048); FYE 9/30/1991).

> 1:06cv0820    Saint Agnes Medical Center v. Leavitt (Saint Agnes Medical
>
> Center (PN 05-0093); FYE 5/31/1990).

3.      The following case and provider cost reporting period are not part of this

Stipulation of Settlement and Dismissal and remain pending before the Court:

> 1:03cv0477    Rogue Valley Medical Center v. Thompson (Rogue Valley
>
> Medical Center (PN 38-0018); FYE 9/30/95).

4.      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), claims in these cases

may be dismissed voluntarily by filing a stipulation of dismissal signed by all the parties.

5.       This Stipulation is signed by all the parties to these lawsuits.

6.       Except as set forth in Paragraphs 2 and 3, above, this Stipulation hereby dismisses all cases in this consolidated litigation (and all claims pending therein) in their entirety and with prejudice.

7.       All parties shall bear their own costs and attorneys' fees.

8.       Pursuant to the Settlement Agreement, the Court retains jurisdiction over all disputes arising out of or relating to the Settlement Agreement, including but not limited to any action to enforce the terms of the Settlement Agreement.

DATED:  March 12, 2008


/s/ Peter M. Bryce_____

PETER M. BRYCE
Trial Attorney
United States Department of Justice
Civil Division, Rm. 7308
20 Massachusetts Ave, NW
Washington, D.C.  20530
Telephone: (202) 616-8335
Fax: (202) 616-8470

Counsel for Defendant

FOR:   PLAINTIFF HOSPITALS




/s/ John R. Jacob_____

John R. Jacob
(D.C. Bar No. 444412)
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 887-4582
Fax: (202) 955-7648

Counsel for all Plaintiffs in Case Nos. 03-0267 (PLF) (D.D.C.), 03-0332 (PLF) (D.D.C.), 03-
0333 (PLF) (D.D.C.), 03-0334 (PLF) (D.D.C.), 03-0335 (PLF) (D.D.C.), 03-0405 (PLF)
(D.D.C.), 03-0406 (PLF) (D.D.C.), 03-0407 (PLF) (D.D.C.), 03-0409 (PLF) (D.D.C.), 03-0410
(PLF) (D.D.C.), 03-0411 (PLF) (D.D.C.), 03-0412 (PLF) (D.D.C.), 03-0537 (PLF) (D.D.C.), 03-
0538 (PLF) (D.D.C.), 03-0539 (PLF) (D.D.C.), 03-0540 (PLF) (D.D.C.), 03-0541 (PLF)
(D.D.C.), 03-0542 (PLF) (D.D.C.), 03-0551 (PLF) (D.D.C.), 03-0552 (PLF) (D.D.C.), 03-0553
(PLF) (D.D.C.), 03-0554 (PLF) (D.D.C.), 03-2204 (PLF) (D.D.C.), and 05-0646 (PLF) (D.D.C.)




March 12, 2008_____
DATE

32

/s/ Leslie Alderman III_____

Leslie Alderman III
(D.C. Bar No. 477750)
Erling Hansen
(D.C. Bar No. 192708)
ALDERMAN DEVORSETZ & HORA, PLLC
1025 Connecticut Avenue, N.W.
Suite 615
Washington, D.C. 20036
Telephone: (202) 969-8220
Fax: (202) 969-8224

Counsel for all Plaintiffs in Case Nos. 03-0312 (PLF)(D.D.C.), 03-0354 (PLF) (D.D.C.), 03-0355 (PLF) (D.D.C.), 03-0356 (PLF) (D.D.C.), 03-0473 (PLF) (D.D.C.), 03-474 (PLF) (D.D.C.), 03-0475 (PLF) (D.D.C.), 03-0476 (PLF) (D.D.C.), 03-0478 (PLF) (D.D.C.), 03-0479 (PLF) (D.D.C.), 03-0480 (PLF) (D.D.C.), 03-0543 (PLF) (D.D.C.), 03-0544 (PLF) (D.D.C.), 03-0545 (PLF) (D.D.C.), 03-0546 (PLF) (D.D.C.), 03-0591 (PLF) (D.D.C.), 03-1624 (PLF) (D.D.C.), 03-1625 (PLF) (D.D.C.), 06-0796 (PLF) (D.D.C.), 06-0797 (PLF) (D.D.C.), 06-0798 (PLF) (D.D.C.), 06-0799 (PLF) (D.D.C.), 06-0800 (PLF) (D.D.C.), 06-0801 (PLF) (D.D.C.), 06-0804 (PLF) (D.D.C.), and 06-0807 (PLF) (D.D.C.)

March 12, 2008_____
DATE

/s/ Edward D. Kalman_____

Edward D. Kalman
(D.C. Bar No. 485092)
BEHAR & KALMAN
6 Beacon Street
Boston, MA 02108
Tel:  617-227-7660
Fax:  617-227-4208

Counsel for all Plaintiffs in Case No. 1:02cv01731 (PLF) (D.D.C.)


March 12, 2008_____
DATE

/s/ Sanford E. Pitler_____

Sanford E. Pitler
(Washington State Bar No. 16567)
BENNETT BIGELOW & LEEDOM, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101-1397
Telephone: (206) 622-5511
Fax: (206) 622-8986

Counsel for all Plaintiffs in Case No. 1:03CV00592 (PLF) (D.D.C)


March 12, 2008_____
DATE

/s/ Robert L. Roth
_____

Robert L. Roth
(D.C. Bar No. 441803)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 624-2870
Fax: (202) 628-5116

Counsel for all Plaintiffs in Case Nos. 02-0683 (PLF) (D.D.C.), 02-1899 (PLF) (D.D.C.), 02-1900 (PLF) (D.D.C.), 02-1901 (PLF) (D.D.C.), 02-1902 (PLF) (D.D.C.), 02-1903 (PLF) (D.D.C.), 02-1910 (PLF) (D.D.C.), 02-1911 (PLF) (D.D.C.), 02-1912 (PLF) (D.D.C.), 02-1913 (PLF) (D.D.C.), 02-1914 (PLF) (D.D.C.), 02-1915 (PLF) (D.D.C.), 03-0511 (PLF) (D.D.C.), 03-0512 (PLF) (D.D.C.), 03-0513 (PLF) (D.D.C.), 03-0514 (PLF) (D.D.C.), 03-0516 (PLF) (D.D.C.), 03-0517 (PLF) (D.D.C.), 03-0518 (PLF) (D.D.C.), 03-0519 (PLF) (D.D.C.), 03-0521 (PLF) (D.D.C.), 03-0525 (PLF) (D.D.C.), 03-0529 (PLF) (D.D.C.), 03-0530 (PLF) (D.D.C.), 03-0531 (PLF) (D.D.C.), 03-0532 (PLF) (D.D.C.), 03-0533 (PLF) (D.D.C.), 03-0534 (PLF) (D.D.C.), 03-0535 (PLF) (D.D.C.), 03-0536 (PLF) (D.D.C.), 03-0547 (PLF) (D.D.C.), 03-0549 (PLF) (D.D.C.), 03-0555 (PLF) (D.D.C.), and 06-0440 (PLF) (D.D.C.)

March 12, 2008
_____
DATE

/s/ Christopher L. Crosswhite_____

Christopher L. Crosswhite
(D.C. Bar No. 450927)
DUANE MORRIS LLP
505 9th Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 776 7846
Fax: (202) 776 7801

Counsel for all Plaintiffs in Case Nos. 03-0493 (PLF) (D.D.C.), 03-0494 (PLF) (D.D.C.), 03-0497 (PLF) (D.D.C.), and 03-0593 (PLF) (D.D.C.).


March 12, 2008_____
DATE

/s/ Roy W. Breitenbach_____

Roy W. Breitenbach
Admitted Pro Hac Vice
GARFUNKEL, WILD & TRAVIS, P.C.
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200
(516) 466-5964


Counsel for all Plaintiffs in Case Nos. 03-0392-PLF (D.D.C.), 03-0436-PLF (D.D.C.), and 03-0501-PLF (D.D.C.).




March 12, 2008_____
DATE

/s/ Kenneth R. Marcus_____

Kenneth R. Marcus
(D.C. Bar No. MI 0016)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI. 48226
Telephone: (313) 465 7470
Fax: (313) 465 7471

Counsel for all Plaintiffs in Case Nos., 02-1373 (PLF) (D.D.C.), 02-1890 (PLF) (D.D.C.), 02-
1891 (PLF) (D.D.C.), 02-1892 (PLF) (D.D.C.), 02-1893 (PLF) (D.D.C.), 02-1907 (PLF)
(D.D.C.), 02-1908 (PLF) (D.D.C.), 02-1916 (PLF) (D.D.C.), 02-1918 (PLF) (D.D.C.), 02-1919
(PLF) (D.D.C.), 02-1920 (PLF) (D.D.C.), 02-1921 (PLF) (D.D.C.), 02-1924 (PLF) (D.D.C.), 02-
1926 (PLF) (D.D.C.), 02-1927 (PLF) (D.D.C.), 02-2409 (PLF) (D.D.C.), 03-0221 (PLF)
(D.D.C.), 03-0245 (PLF) (D.D.C.), 03-0280 (PLF) (D.D.C.), 03-0298 (PLF) (D.D.C.), 03-0299
(PLF) (D.D.C.), 03-0301 (PLF) (D.D.C.), 03-0322 (PLF) (D.D.C.), 03-0323 (PLF) (D.D.C.), 03-
0363 (PLF) (D.D.C.), 03-0364 (PLF) (D.D.C.), and 03-0457 (PLF) (D.D.C.).

March 12, 2008_____
DATE

/s/ Arthur S. Garrett III

Arthur S. Garrett III
(D.C. Bar No. 428190)
KELLER AND HECKMAN LLP
1001 G Street, N.W.
Suite 500 West
Washington, D.C. 20001
Telephone:  (202) 434-4248
Fax:  (202) 434-4646


March 12, 2008
DATE

OF COUNSEL:




/s/ Daniel F. Miller

Daniel F. Miller
WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street, Suite 1900
Milwaukee, WI  53202
Tel:  (414) 978-5504
Fax: (414) 223-5000

Counsel for all Plaintiffs in Case No. 02-2350 (PLF) (D.D.C.)



March 12, 2008
DATE

/s/ Thomas W. Coons_____

Thomas W. Coons
(D.C. Bar No. 935353)
OBER, KALER, GRIMES & SHRIVER,
A Professional Corporation
120 East Baltimore Street
Baltimore, MD   21202-1643
Telephone: (410) 347 7389
Fax: (410) 547 0699

Counsel for all Plaintiffs in Case Nos. 1:02-CV-01635 (PLF) (D.D.C.), 1:03-CV-00437 (PLF) (D.D.C.), 1:03-CV-00446 (PLF) (D.D.C.), 1:03-CV-00447 (PLF) (D.D.C.), and 1:03-CV-00448 (PLF) (D.D.C.)


March 12, 2008_____
DATE

/s/ J. Frank W. Trapp

J. Frank W. Trapp, Esq. (D.C. Bar No. 316729)
PHELPS DUNBAR LLP
111 East Capitol Street, Suite 600
Jackson, MS  39201
Post Office Box 23066
Jackson, MS 39225-3066
Telephone:     601-352-2300
Telecopier:    601-360-9777


Counsel for all Plaintiffs in Case Nos. 03-0358 (PLF) (D.D.C.) and 03-0359 (PLF) (D.D.C.)


March 12, 2008
DATE

/s/ Barbara Straub Williams

Barbara Straub Williams
(D.C. Bar No. 396582)
POWERS PYLES SUTTER & VERVILLE, P.C.
1501 M Street, N.W.
7th Floor
Washington, D.C. 20005
Tel: (202) 872-6733
Fax: (202) 785-1756


March 12, 2008
DATE


/s/ Mary Susan Philp

Mary Susan Philp
(D.C. Bar No. 295287)
POWERS PYLES SUTTER & VERVILLE, P.C.
1501 M Street, N.W.
7th Floor
Washington, D.C. 20005
Tel: (202) 872-6735
Fax: (202) 785-1756

Counsel for all Plaintiffs in Case Nos. 03CV00498 (PLF) (D.D.C.) and 03CV00499 (PLF)
(D.D.C.)


March 12, 2008
DATE

/s/ Melody A. Emmert_____

Melody A. Emmert
QUARLES & BRADY, LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ  85004-2391
Tel.  602 229-5315
Fax:  602 229-5690

Counsel for all Plaintiffs in Case No. 1:03CV00559 (PLF) (D.D.C.)


March 12, 2008_____
DATE

/s/ Jacqueline E. Bennett

Jacqueline E. Bennett
DC Bar #474355
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC  20005
(202) 414-9200
(202) 414-9299 Facsimile
JBennett@ReedSmith.com

Murray J. Klein
DC Bar #492415
REED SMITH LLP
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, NJ  08540
(609) 987-0050

Counsel for all Plaintiffs in Case Nos. 03-0297 (PLF) (D.D.C.); 03-0315 (PLF) (D.D.C.); 03-0316 (PLF) (D.D.C.); 03-0317 (PLF) (D.D.C.); 03-0318 (PLF) (D.D.C.); 03-0319 (PLF) (D.D.C.); 03-0320 (PLF) (D.D.C.); 03-0336 (PLF) (D.D.C.); 03-0337 (PLF) (D.D.C.); 03-0339 (PLF) (D.D.C.); 03-0340 (PLF) (D.D.C.); 03-0341 (PLF) (D.D.C.); 03-0342 (PLF) (D.D.C.); 03-0343 (PLF) (D.D.C.); 03-0345 (PLF) (D.D.C.); 03-0346 (PLF) (D.D.C.); 03-0347 (PLF ) (D.D.C.); 03-0348 (PLF) (D.D.C.); 03-0349 (PLF) (D.D.C.); 03-0350 (PLF) (D.D.C.); 03-0351 (PLF) (D.D.C.); 03-0352 (PLF) (D.D.C.); 03-0391 (PLF) (D.D.C.); 03-0393 (PLF) (D.D.C.); 03-0394 (PLF) (D.D.C.); 03-0395 (PLF) (D.D.C.); 03-0396 (PLF) (D.D.C.); 03-0397 (PLF) (D.D.C.); 03-0398 (PLF) (D.D.C.); 03-0399 (PLF) (D.D.C.); 03-0400 (PLF) (D.D.C.); 03-0401 (PLF) (D.D.C.); 03-0403 (PLF) (D.D.C.); 03-0404 (PLF) (D.D.C.); 03-0422 (PLF) (D.D.C.); 03-0423 (PLF) (D.D.C.); 03-0424 (PLF) (D.D.C.); 03-0425 (PLF) (D.D.C.); 03-0426 (PLF) (D.D.C.); 03-0428 (PLF) (D.D.C.); 03-0429 (PLF) (D.D.C.); 03-0430 (PLF) (D.D.C.); 03-0449 (PLF) (D.D.C.); 03-0450 (PLF) (D.D.C.); 03-0451 (PLF) (D.D.C.); 03-0452 (PLF) (D.D.C.); 03-

0453 (PLF) (D.D.C.); 03-0454 (PLF) (D.D.C.); 03-0455 (PLF) (D.D.C.); 03-0456 (PLF) (D.D.C.); 03-0458 (PLF) (D.D.C.); 03-0459 (PLF) (D.D.C.); 03-0468 (PLF) (D.D.C.); 03-0469 (PLF) (D.D.C.); 03-0470 (PLF) (D.D.C.); 03-0471 (PLF) (D.D.C.); 03-0472 (PLF) (D.D.C.); 03-0481 (PLF) (D.D.C.); 03-0482 (PLF) (D.D.C.); 03-0483 (PLF) (D.D.C.); 03-0484 (PLF) (D.D.C.); 03-0485 (PLF) (D.D.C.); 03-0486 (PLF) (D.D.C.); 03-0487 (PLF) (D.D.C.); 03-0488 (PLF) (D.D.C.); 03-0489 (PLF) (D.D.C.); 03-0490 (PLF) (D.D.C.); 03-0491 (PLF) (D.D.C.); 03-0502 (PLF) (D.D.C.); 03-0503 (PLF) (D.D.C.); 03-0504 (PLF) (D.D.C.); 03-0505 (PLF) (D.D.C.); 03-0506 (PLF) (D.D.C.); 03-0507 (PLF) (D.D.C.); 03-0508 (PLF) (D.D.C.); 03-0509 (PLF) (D.D.C.); 03-0510 (PLF) (D.D.C.); 03-0522 (PLF) (D.D.C.); 03-0523 (PLF) (D.D.C.); 03-0526 (PLF) (D.D.C.); 03-0528 (PLF) (D.D.C.); 03-0548 (PLF) (D.D.C.); 03-0561 (PLF) (D.D.C.); 03-0562 (PLF) (D.D.C.); 03-0563 (PLF) (D.D.C.); 03-0565 (PLF) (D.D.C.); 03-0566 (PLF) (D.D.C.); 03-0567 (PLF) (D.D.C.); 03-0568 (PLF) (D.D.C.); 03-0569 (PLF) (D.D.C.); 03-0570 (PLF) (D.D.C.); 03-0571 (PLF) (D.D.C.); 03-0572 (PLF) (D.D.C.); 03-0573 (PLF) (D.D.C.); 03-0574 (PLF)  (D.D.C.); 03-0575 (PLF) (D.D.C.); 03-0576 (PLF) (D.D.C.); 03-0577 (PLF) (D.D.C.); 03-0578 (PLF) (D.D.C.); 03-0579 (PLF) (D.D.C.); 03-0580 (PLF) (D.D.C.); 03-0581 (PLF) (D.D.C.); 03-0582 (PLF) (D.D.C.); 03-0583 (PLF) (D.D.C.); 03-0584 (PLF) (D.D.C.); 03-0585 (PLF) (D.D.C.); 03-0586 (PLF) (D.D.C.); 03-0587 (PLF) (D.D.C.); 03-0588 (PLF) (D.D.C.); 03-0589 (PLF) (D.D.C.); 03-0590 (PLF) (D.D.C.); 03-1899 (PLF) (D.D.C.); 03-2013 (PLF) (D.D.C.); 04-0504 (PLF) (D.D.C.), and 04-0871 (PLF) (D.D.C.)


March 12, 2008_____
DATE

/s/ Oliver Garcia

Oliver Garcia
(D.C. Bar No. 456600)
THE AEGIS LAW GROUP
901 F Street, N.W. Suite 500
Washington, DC 2004
Telephone: (202) 737-3500
Fax: (202) 737-3330

March 12, 2008
DATE

/s/ Glenn P. Hendrix

Glenn P. Hendrix
(Georgia Bar No. 346590)
ARNALL GOLDEN GREGORY LLP
171 17th Street, N.W.
Suite 2100
Atlanta, Georgia 30363-1031
Telephone: (404) 873 8692
Fax: (404) 873-8693

March 12, 2008
DATE

Counsel for all Plaintiffs in Case No. 1:04-CV-01400-PLF (D.D.C.)

/s/ William H. Stiles

William H. Stiles (admitted pro hac vice)
James T. Kilbreth (D.C. Bar No. Bar # D00178)
VERRILL DANA, LLP
One Portland Square
P.O. Box 586
Portland, ME  04112-0586
Telephone: (207) 774-4000
Fax: (207) 774-7499

Counsel for all Plaintiffs in Case No. 02-1905 (PLF) (D.D.C.)


March 12, 2008
DATE

/s/ Christopher L. Keough_____

Christopher L. Keough
(DC Bar No. 436567)
Stephanie A. Webster
(DC Bar No. 479524)
VINSON & ELKINS L.L.P.
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004-1008
(202) 639-6500 (phone)
(202) 639-6604 (fax)

Counsel for all Plaintiffs in Case Nos. 02-0601 (PLF) (D.D.C.), 03-0500 (PLF) (D.D.C.), 03-0550 (PLF) (D.D.C.), and 03-0558 (PLF) (D.D.C.)

March 12, 2008_____
DATE

/s/ John M. Faust
_____

John M. Faust
(DC Bar No. 433553)
VINSON & ELKINS L.L.P.
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004-1008
(202) 639-6500 (phone)
(202) 639-6604 (fax)

Counsel for all Plaintiffs in Case Nos. 03-0418 (PLF) (D.D.C.), 03-0419 (PLF) (D.D.C.),
03-0420 (PLF) (D.D.C.), and 03-0492 (PLF) (D.D.C.)


March 12, 2008
_____
DATE

/s/ Thomas J. Weiss_____

Thomas J. Weiss
(California State Bar No. 63167)
LAW OFFICES OF THOMAS J. WEISS
1901 Avenue of the Stars, Suite 1501
Los Angeles, California 90067
Telephone: (310) 788-0710
Fax: (310) 788-0735


March 12, 2008_____
DATE




/s/ Erling Hansen_____

Erling Hansen (D.C. Bar No. 192708)
LAW OFFICE OF ERLING HANSEN, ESQ.
1025 Connecticut Avenue, NW
Suite 615
Washington, DC 20036
Telephone: (202) 554-5716
Fax: (202) 554-5761

Counsel for all Plaintiffs in Case No. 06-0820 (PLF) (D.D.C.)



March 12, 2008_____
DATE

51